COMMONWEALTH OF MASSACHUSETTS

BRISTOL, SS.                                SUPERIOR COURT DEPARTMENT
                                            OF THE TRIAL COURT
                                            BRISTOL DIVISION
                                            CIVIL ACTION NO. BRCV2004-
                                            01354-C

MARNIE J. AMARAL d/b/a M & E MOBIL

Plaintiff,

v.                                          ASSENTED-TO MOTION FOR
                                            LEAVE TO FILE FIRST
DRAKE PETROLEUM COMPANY, INC.               AMENDED COMPLAINT

Defendant

Plaintiff, Marnie J. Amaral, pursuant to Mass. R. Civ. P. 15(a), hereby moves for leave to file the attached First Amended Complaint, to which filing counsel for defendant Drake Petroleum Company, Inc. has given his written consent as reflected in the attached letter dated July 29, 2005.

                                            MARNIE J. AMARAL
                                            By her attorney,

                                            Lindsey S.
                                            _____
                                            Lindsey Marie Straus, Esquire
                                            BBO #554181
                                            Law Office of Lindsey M. Straus
                                            114 Harwich Road
                                            Brewster, MA 02631
                                            (508) 896-8008

Dated: August 15, 2005

## CERTIFICATE OF SERVICE

I, Lindsey M. Straus, hereby certify that on this date I served the above-captioned document by e-mailing a copy and sending a hard copy, postage pre-paid, to Brian A. O'Connell, Zizik, Powers, O'Connell, Spaulding & Lamontagne, P.C., One Hollis Street, Suite 400, Wellesley, MA 02482.

Dated: August 15, 2005

Lindsey Marie Straus, Esq.

## ZIZIK, POWERS, O'CONNELL, SPAULDING & LAMONTAGNE

A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS AT LAW

ONE HOLLIS STREET, SUITE 400
WELLESLEY, MA 02482-4673

BRIAN A. O'CONNELL

TELEPHONE (781) 263-0202
FACSIMILE (781) 431-8749
EMAIL: boconnell@zizikpowers.com

Providence
Boston
Cape Cod (Falmouth)

July 29, 2005

Via Email
And First Class Mail
Lindsey Straus, Esq.
Law Office of Lindsey M. Straus
1583 Main Street
Brewster, MA 02631

Re: Marnie J. Amaral d/b/a M & E Mobil v. Drake Petroleum Company, Inc.
Bristol, SS.; C.A. No. BRCV2004-01354-C

Location: 408 Rhode Island Avenue, Fall River, MA

Dear Attorney Straus:

As we discussed, you have my assent to file the Amended Complaint in this matter.

If you need anything else on this issue or if you have any questions or comments, please do not hesitate to contact me.

Very truly yours,

/s/

Brian A. O'Connell

BAO/krg
DPC/Amaral/6752