UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

MARNIE J. AMARAL D/B/A M & E MOBIL,
Plaintiff

v.

DRAKE PETROLEUM COMPANY, INC.,
Defendant.

C.A. NO. 05-11778DPW

**ANSWER AND JURY CLAIM OF DEFENDANT, DRAKE PETROLEUM COMPANY, INC. TO THE FIRST AMENDED COMPLAINT**

The defendant, Drake Petroleum Company, Inc., in the above-entitled action hereby makes this its answer to the plaintiff's First Amended Complaint filed on August 2, 2005.

**FIRST DEFENSE**

**NATURE AND BASIS OF ACTION**

1. The defendant denies the allegations contained in paragraph 1.

**PARTIES**

2. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 2 and calls upon the plaintiff to prove the same.

3. The defendant admits the allegations contained in paragraph 3.

**FACTUAL ALLEGATIONS**

4. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 4 and calls upon the plaintiff to prove the same.

5. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 5 and calls upon the plaintiff to prove the same.

6. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 6 and calls upon the plaintiff to prove the same.

7. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 7 and calls upon the plaintiff to prove the same.

8. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 8 and calls upon the plaintiff to prove the same.

9. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 9 and calls upon the plaintiff to prove the same.

10. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 10 and calls upon the plaintiff to prove the same.

11. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 11 and calls upon the plaintiff to prove the same.

12. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 12 and calls upon the plaintiff to prove the same.

13. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 13 and calls upon the plaintiff to prove the same.

14. The defendant denies the allegations contained in paragraph 14.

15. The defendant admits the allegations contained in paragraph 15.

16. The defendant admits the allegations contained in paragraph 16.

17. The defendant admits the allegations contained in paragraph 17.

18. The defendant admits the allegations contained in paragraph 18.

19. The defendant admits the allegations contained in paragraph 19.

20. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 20 and calls upon the plaintiff to prove the same.

21. The defendant admits the allegations contained in paragraph 21.

22. The defendant admits the allegations contained in paragraph 22.

23. a. Defendant admits that the proposed March lease, which the parties did not agree upon, contains language to this effect, but that was not defendant's intent. This provision of the proposed lease is not relevant.

b. Defendant admits that the proposed March lease, which the parties did not agree upon, contains language to this effect, but that was not defendant's intent. This provision of the proposed lease is not relevant.

c. Defendant admits that the proposed March lease, which the parties did not agree upon, contains language to this effect, but that was not defendant's intent. This provision of the proposed lease is not relevant.

d. Defendant admits that the proposed March lease, which the parties did not agree upon, contains language to this effect, but that was not defendant's intent. This provision of the proposed lease is not relevant.

e. Defendant admits that the proposed March lease, which the parties did not agree upon, contains language to this effect, but that was not defendant's intent. This provision of the proposed lease is not relevant.

f. Defendant admits that the proposed March lease, which the parties did not agree upon, contains language to this effect, but that was not defendant's intent. This provision of the proposed lease is not relevant.

g. The defendant admits the allegations contained in paragraph 23(g).

h. The defendant admits the allegations contained in paragraph 23(h).

i. The defendant admits the allegations contained in paragraph 23(i).

j. The defendant denies the allegations contained in paragraph 23(j).

k. The defendant admits the allegations contained in paragraph 23(k).

l. The defendant admits the allegations contained in paragraph 23(l).

m. The defendant admits the allegations contained in paragraph 23(m).

n. The defendant admits the allegations contained in paragraph 23(n).

o. The defendant admits the allegations contained in paragraph 23(o).

24. The defendant admits the allegations contained in paragraph 24.

25. a. The defendant admits the allegations contained in paragraph 25(a).

b. The defendant admits the allegations contained in paragraph 25(b).

c. The defendant admits the allegations contained in paragraph 25(c).

d. The defendant admits the allegations contained in paragraph 25(d).

e. The defendant admits the allegations contained in paragraph 25(e).

26. The defendant admits the allegations contained in paragraph 26.

27. The defendant admits that it sent Ms. Amaral Exhibit "I".

28. The defendant denies the allegations contained in paragraph 28.

29. The defendant denies the allegations contained in paragraph 29.

30. The defendant denies the allegations contained in paragraph 30.

31. The defendant denies the allegations contained in paragraph 31.

32. Drake admits that Ms. Amaral's correspondence is attached to the complaint as Exhibit "J". Drake denies the substance of the allegations contained in Paragraph 32.

33. The defendant admits the allegations contained in paragraph 33.

34. The defendant admits the allegations contained in paragraph 34.

35. a. The defendant admits the allegations contained in paragraph 35(a).

b. The defendant admits the allegations contained in paragraph 35(b).

c. The defendant admits the allegations contained in paragraph 35(c).

d. The defendant admits the allegations contained in paragraph 35(d).

i. The defendant admits the allegations contained in paragraph 35(d)(i).

ii. The defendant admits the allegations contained in paragraph 35(d)(ii).

36. The defendant denies the allegations contained in paragraph 36.

37. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 37 and calls upon the plaintiff to prove the same.

38. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 38 and calls upon the plaintiff to prove the same.

39. The defendant denies the allegations contained in paragraph 39.

40. The defendant denies the allegations contained in paragraph 40.

41. The defendant denies the allegations contained in paragraph 41.

42. a. The defendant denies the allegations contained in paragraph 43(a).

b. The defendant denies the allegations contained in paragraph 43(b).

c. The defendant denies the allegations contained in paragraph 43(b).

d. The defendant denies the allegations contained in paragraph 43(d).

e. The defendant denies the allegations contained in paragraph 43(e).

f. The defendant denies the allegations contained in paragraph 43(f).

g. The defendant denies the allegations contained in paragraph 43(g).

h. The defendant denies the allegations contained in paragraph 43(h).

i. The defendant denies the allegations contained in paragraph 43(i).

j. The defendant denies the allegations contained in paragraph 43(j).

k. The defendant denies the allegations contained in paragraph 43(k).

l. The defendant denies the allegations contained in paragraph 43(l).

43. The defendant denies the allegations contained in paragraph 43.

44. The defendant admits the allegations contained in paragraph 44.

45. The defendant admits the allegations contained in paragraph 45.

46. The defendant admits the allegations contained in paragraph 46.

47. The defendant denies plaintiff's allegations regarding Ms. Amaral's date of receipt. Plaintiff admits the remaining allegations in paragraph 47.

**COUNT I**

48. The defendant repeats and realleges herein by reference its answers to paragraphs 1 through 47, and makes them its answer to paragraph 48.

49. The defendant denies the allegations contained in paragraph 49.

50. The defendant denies the allegations contained in paragraph 50.

**COUNT II**

51. The defendant repeats and realleges herein by reference its answers to paragraphs 1 through 50, and makes them its answer to paragraph 51.

52. The defendant denies the allegations contained in paragraph 52.

53. The defendant denies the allegations contained in paragraph 53.

WHEREFORE, the defendant demands that the plaintiff's Complaint against it be dismissed and that judgment enter for the defendant together with its costs.

**COUNT III**

54. The defendant repeats and realleges herein by reference its answers to paragraphs 1 through 53, and makes them its answer to paragraph 54.

55. The defendant denies the allegations contained in paragraph 55.

56. The defendant denies the allegations contained in paragraph 56.

57. The defendant denies the allegations contained in paragraph 57.

58. The defendant denies the allegations contained in paragraph 58.

WHEREFORE, the defendant demands that the plaintiff's Complaint against it be dismissed and that judgment enter for the defendant together with its costs.

**COUNT VI (sic)**

59. The defendant repeats and realleges herein by reference its answers to paragraphs 1 through 58, and makes them its answer to paragraph 59.

60. The defendant admits the allegations contained in paragraph 60.

61. The defendant denies the allegations contained in paragraph 61.

62. The defendant denies the allegations contained in paragraph 62.

WHEREFORE, the defendant demands that the plaintiff's Complaint against it be dismissed and that judgment enter for the defendant together with its costs.

**COUNT V**

63. The defendant repeats and realleges herein by reference its answers to paragraphs 1 through 62, and makes them its answer to paragraph 63.

64. The defendant admits the allegations contained in paragraph 64.

65. The defendant denies the allegations contained in paragraph 65.

66. The defendant denies the allegations contained in paragraph 66.

WHEREFORE, the defendant demands that the plaintiff's Complaint against it be dismissed and that judgment enter for the defendant together with its costs.

**COUNT VII**

67. The defendant repeats and realleges herein by reference its answers to paragraphs 1 through 66, and makes them its answer to paragraph 67.

68. The defendant denies the allegations contained in paragraph 68.

69. The defendant denies the allegations contained in paragraph 69.

70. The defendant denies the allegations contained in paragraph 70.

WHEREFORE, the defendant demands that the plaintiff's Complaint against it be dismissed and that judgment enter for the defendant together with its costs.

## AFFIRMATIVE DEFENSES

### SECOND DEFENSE

And further answering, the defendant says that the Complaint is barred by laches in that the defendant has been prejudiced by the excessive delay of the plaintiff in seeking the relief requested.

### THIRD DEFENSE

And further answering, the defendant says that the Complaint should be dismissed pursuant to Rule 12(b)(1) for lack of subject matter jurisdiction.

### FOURTH DEFENSE

And further answering, the defendant moves that the Complaint be dismissed insofar as the plaintiffs have participated in the transactions which gave rise to the relief sought by the plaintiffs.

### FIFTH DEFENSE

And further answering, the defendant says that the Complaint should be dismissed pursuant to Rule 12(b)(6) for failure to state a claim upon which relief can be granted.

### SIXTH DEFENSE

And further answering, the defendant says that the cause of action is barred by reason of the Statute of Limitations.

### SEVENTH DEFENSE

And further answering, the defendant moves that the Complaint be dismissed insofar as the plaintiffs have participated in the transactions which gave rise to the relief sought by the plaintiffs.

### EIGHTH DEFENSE

And further answering, the defendant says that if there were agreements between the parties, the debts have been satisfied.

### NINTH DEFENSE

And further answering, the defendant says that to the extent that it had any obligations to the plaintiff, such obligations have been fully, completely and properly performed in every respect.

**TENTH DEFENSE**

And further answering, the plaintiff has failed to set forth the allegations regarding misrepresentation with the acquired specificity.

**ELEVENTH DEFENSE**

And further answering, the defendant says that the acts complained of were not committed by a person for whom the defendant was legally responsible.

**TWELFTH DEFENSE**

And further answering, the defendant states that plaintiff's claims are barred in whole or in part by the statute of frauds.

**THIRTEENTH DEFENSE**

And further answering, the defendant states that plaintiff's claims are barred by the doctrines of waiver and estoppel.

**FOURTEENTH DEFENSE**

And further answering, the defendant states that plaintiff's state claims should be dismissed pursuant to Rule 12(b)(6) for failure to state a claim upon which relief can be granted as those claims are preempted by Federal law.

**SIXTEENTH DEFENSE**

And further answering, the defendant states that plaintiff's claims should be dismissed for lack of consideration.

**SEVENTEENTH DEFENSE**

And further answering, the defendant states that plaintiff's claims are barred by the doctrine of laches.

**EIGHTEENTH DEFENSE**

And further answering, the defendant states that the plaintiff's claims should be dismissed insofar as the plaintiff lacks standing.

**NINETEENTH DEFENSE**

And further answering, the defendant states that the plaintiff is barred by the doctrines of *in pari delicto* and unclean hands from any recovery or other requested relief in this action.

**TWENTIETH DEFENSE**

And further answering, the defendant says that pursuant to 15 U.S.C. §2802 (b)(3)(A) the decision to change the franchise terms were made (i) in good faith and in the normal course of business and (ii) not for the purpose of preventing renewal of the franchise relationship.

**TWENTY-FIRST DEFENSE**

And further answering, the defendant says that pursuant to 15 U.S.C. §2801, the defendant's decision to sell the marketing premises was made in good faith in the ordinary course of business.

**JURY CLAIM**

THE DEFENDANT CLAIMS A TRIAL BY JURY ON ALL ISSUES SO TRIABLE.

The petitioner/defendant,
Drake Petroleum Company, Inc.,
By its attorneys,

Brian A. O'Connell/S/
Brian A. O'Connell (BBO # 551182)
Zizik, Powers, O'Connell, Spaulding
& Lamontagne, P.C.
One Hollis Street, Suite 400
Wellesley, MA 02482
(781) 263-0202