UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MARNIE J. AMARAL d/b/a M & E Mobil
  Plaintiff

V.

DRAKE PETROLEUM COMPANY, INC.
  Defendant

C. A. NO. 1:05-CV-11778DPW

**JOINT STATEMENT**

Pursuant to the Notice of Scheduling Conference dated September 6, 2005, the parties hereby provide the following joint statement:

Proposed Joint Pretrial Schedule

The parties propose the following pretrial schedule

| | |
|---|---|
| Amendment to the pleadings | February 1, 2006 |
| Service of, and compliance with, written discovery requests | April 1, 2006 |
| Completion of depositions by | July 1, 2006 |
| Identification of trial experts and exchange of written reports | October 1, 2006 (plaintiff) <br> January 1, 2007 (defendant) |
| Filing of Rule 56 motions | March 15, 2007 |
| Settlement conference | June 1, 2007 |
| Final pretrial conference | September 15, 2007 |

Certification

The undersigned counsel and the authorized representatives of the parties hereby certify that they have conferred (a) with a view towards establishing a budget for the costs of conducting

1

2

the full course – and various alternative courses – of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Rule 16.4 of the Local Rules of the United States District Court for the District of Massachusetts.

Plaintiff Marnie J. Amaral

    s/Lindsey Straus                                  s/Marnie J. Amaral
Lindsey Marie Straus, Esq.                   Marnie J. Amaral
BBO #554181                                    488 Hawes Street
Law Office of Lindsey M. Straus            New Bedford, MA 02745
114 Harwich Road
Brewster, MA 02631
(508) 896-8008

Defendant Drake Petroleum Company, Inc.

    s/Brian A. O'Connell                          s/Frank E. Eastman
Brian A. O'Connell, Esq.                      Drake Petroleum Company, Inc.
Zizik, Powers, O'Connell,                  221 Quinnebaug Road
   Spaulding & LaMontagne              North Grosvenordale, CT 06255
One Hollis Street                               By: Frank E. Eastman
Suite 400                                         Authorized Representative
Wellesley, MA 02482
(781) 263-0202

Dated: October 12, 2005