UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARNIE J. AMARAL d/b/a M & E Mobil<br>　Plaintiff<br><br>V.<br><br>DRAKE PETROLEUM COMPANY, INC.<br>　Defendant | C. A. NO. 1:05-CV-11778DPW |

JOINT MOTION TO MODIFY SCHEDULING ORDER

Plaintiff, Marnie J. Amaral ("Ms. Amaral"), and defendant, Drake Petroleum Company, Inc. ("Drake") hereby move to modify the Scheduling Order entered by the Court on October 18, 2005 ("Scheduling Order") for the following reasons:

1.　The Scheduling Order sets July 1, 2006 as the date by which all fact discovery is to completed, requires Ms. Amaral to furnish expert reports to Drake on or before July 28, 2006, and for Drake to furnish expert reports to Ms. Amaral by August 25, 2006.

2.　Despite diligent efforts by the parties to complete fact discovery by the July 1, 2006 deadline, scheduling conflicts have resulted in a two-month delay in the taking of depositions of the principal fact witnesses, which are now scheduled to be taken during the months of June and, pending the Court's approval, July 2006.

3.　As a result, all deposition transcripts will not be available for review by the parties' experts until early August 2006.

4.　The parties therefore request, for good cause shown, that the Scheduling Order be modified as follows:

| Event | Original Date | Proposed Date |
|---|---|---|
| Close of Fact Discovery | July 1, 2006 | August 1, 2006 |

1

| | | |
|---|---|---|
| Plaintiff's Expert Reports Due | July 28, 2006 | September 29, 2006 |
| Defendant's Expert Reports Due | August 25, 2006 | October 27, 2006 |
| Expert Discovery Closed | September 28, 2006 | November 24, 2006 |
| Summary Judgment Motions Due | October 26, 2006 | December 22, 2006 |
| Status Report Due | November 22, 2006 | January 23, 2007 |
| Status Conference | November 30, 2006 | Per Court's calendar |

Plaintiff Marnie J. Amaral                    Drake Petroleum Co., Inc.


__/s/ Lindsey Marie Straus___              __/s/ Brian A. O'Connell___
Lindsey Marie Straus, Esq.                 Brian A. O'Connell, Esq. (BBO# 551182)
BBO #554181                                Zizik, Powers, O'Connell
Law Office of Lindsey M. Straus              Spaulding & LaMontagne
114 Harwich Road                           One Hollis Street
Brewster, MA 02631                         Suite 400
(508) 896-8008                             Wellesley, MA 02482
                                           (781) 263-0202

Dated:  May 24, 2006