UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARNIE J. AMARAL d/b/a M & E Mobil<br>  Plaintiff<br><br>V.<br><br>DRAKE PETROLEUM COMPANY, INC.<br>  Defendant | C. A. NO. 1:05-CV-11778DPW |

## NOTICE OF CHANGE OF ADDRESS

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please be advised that the address and telephone number for Zizik, Powers, O'Connell, Spaulding & Lamontagne, P.C. is as follows:

**690 Canton Street, Suite 306**
**Westwood, MA 02090**

**Main Telephone Number**
**781-320-5400**
**Facsimile**
**781-320-5444**

Defendant,
Drake Petroleum Company, Inc.
By Its Attorney,

Dated: August 1, 2006

    /s/ Brian A. O'Connell
Brian A. O'Connell (BBO# 551182)
781-320-5402
Zizik, Powers, O'Connell, Spaulding
    & Lamontagne, P.C.
690 Canton Street, Suite 306
Westwood, MA 02090