UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARNIE J. AMARAL D/B/A<br>M & E MOBIL<br><br>    Plaintiff<br><br>v.<br><br>DRAKE PETROLEUM COMPANY, INC.<br><br>    Defendant. | C.A. NO.: 05-11778DPW |

## STATUS REPORT

1.　　On August 2, 2006, the parties filed a Joint Motion For Standstill of Scheduling Order. The parties attach that Joint Motion as Exhibit 1.

2.　　The parties have agreed in principle to settle this case.  As stated in the attached Joint Motion, this settlement is contingent upon the sale of real estate from Defendant to Plaintiff.

3.　　 The parties agreed to settle in principle with the contingency of the transfer of real estate, the parties had jointly requested an order freezing the court's Scheduling Order so the parties would not incur additional and hopefully unnecessary legal expenses.  In the Joint Motion For Standstill, the parties stated they would report back to the Court on or before November 1, 2006 and advise the Court of the status.  Again, the parties have been working on closing documents and anticipate the transfer of the real estate and the final exchange of settlement funds and documents as well as filing a Stipulation of Dismissal within the next two months.  In fact, the parties have already agreed on the wording of the Release.

4.      WHEREFORE, the parties provide their status and also request the court to freeze the

Scheduling Order in effect until January 1, 2007.


| Plaintiff | Defendant, |
| --- | --- |
| By Her Attorney, | By Its Attorney, |
| Marnie J. Amaral | Drake Petroleum Co., Inc. |
| | |
| /s/ Lindsey Marie Straus | /s/ Brian A. O'Connell |
| Lindsey Marie Straus, Esq. | Brian A. O'Connell, Esq. (BBO# 551182) |
| BBO #554181 | Zizik, Powers, O'Connell |
| Law Office of Lindsey M. Straus | Spaulding & Lamontagne, P.C. |
| 114 Harwich Road | 690 Canton Street, Suite 306 |
| Brewster, MA 02631 | Westwood, MA 02090 |
| (508) 896-8008 | (781) 320-5402 |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MARNIE J. AMARAL d/b/a M & E Mobil
  Plaintiff

V.

DRAKE PETROLEUM COMPANY, INC.
  Defendant

C. A. NO. 1:05-CV-11778DPW

JOINT MOTION FOR STANDSTILL OF SCHEDULING ORDER

Plaintiff, Marnie J. Amaral ("Ms. Amaral"), and defendant, Drake Petroleum Company, Inc. ("Drake"), hereby move this Court for an order staying the Scheduling Order dated June 8, 2006 ("Scheduling Order"). Specifically, the parties jointly request a stay by the Court of the Scheduling Order because the parties have agreed to settle all claims in this action. The consideration for the sale is a reduction in the purchase price for the property located at 408 Rhode Island Avenue, Fall River, Massachusetts, which is currently leased by Drake to Ms. Amaral ("Premises") There are various contingencies in this Purchase and Sale unrelated to this litigation. The settlement is contingent upon the sale. While the parties expect that the sale will go through and the settlement will become final, the parties seek to stay the Scheduling Order until either the date of closing, when the case settles, or when the parties determine that the closing is not going to take place. In further support of this motion, the parties jointly state the following:

    1.    Ms. Amaral alleges that Drake charged commercially unreasonable prices for motor fuel pursuant to an open price term in her franchise agreement. She also alleges violations by Drake of the Petroleum Marketing Practices Act, 15 U.S.C. §2801 et. seq. ("PMPA") in connection with Drake's non-renewal of her franchise based on Drake's decision to sell the

1

Premises to a third-party and subsequent offer to Ms. Amaral of a right of first refusal under the PMPA.  Defendant denies any liability.

2. While Drake denies Ms. Amaral's claim that she properly exercised her right of first refusal, the parties nevertheless negotiated and entered into a Purchase and Sale Agreement regarding the sale of the Premises.  The purchase price, pursuant to that Purchase and Sale Agreement, is $1,925,000.00.

3. The parties have agreed to settle all claims in this litigation upon consideration of Drake lowering the purchase price in the Purchase and Sale Agreement to $1,675,000.00.  All of the other terms of the Purchase and Sale Agreement remain the same.

4. Sale of the Premises pursuant to the Purchase and Sale Agreement is contingent on a number of conditions being satisfied.  The parties believe that such conditions will be satisfied and anticipate closing in a few months.  The settlement is contingent upon that sale.  The parties agree that if the sale does not go forward, the parties will return to litigation.

5.. This Court recently approved a modified Scheduling Order, setting forth a discovery deadline of August 1, 2006, the plaintiff's expert disclosure of September 29, 2006, the defendant's expert disclosure of October 27, 2006 and expert discovery of November 24, 2006.  The parties were in the process of completing discovery pursuant to the Scheduling Order when the agreement to settle the case was reached.

6. Based on the foregoing, the parties therefore jointly request that the Court enter an order freezing the Scheduling Order until <u>November 1, 2006.  The Purchase and Sale Agreement (Exhibit A) states that the closing will take place no later than July 7, 2007, but the parties anticipate closing in the next several months.  If the closing does not take place on or before November 1, 2006, the parties will report to the Court regarding status.</u>

3

WHEREFORE, the parties jointly request this court for an order staying the Scheduling Order until November 1, 2006. The parties agree that they will report back to the Court on or before that date and advise the Court of whether the closing has occurred and this settlement is final.

| | |
|---|---|
| Plaintiff<br>By Her Attorney,<br>Marnie J. Amaral | Defendant,<br>By Its Attorney,<br>Drake Petroleum Co., Inc. |
| /s/ Lindsey Marie Straus<br>Lindsey Marie Straus, Esq.<br>BBO #554181<br>Law Office of Lindsey M. Straus<br>114 Harwich Road<br>Brewster, MA 02631<br>(508) 896-8008 | /s/ Brian A. O'Connell<br>Brian A. O'Connell, Esq. (BBO# 551182)<br>Zizik, Powers, O'Connell<br>  Spaulding & LaMontagne<br>One Hollis Street<br>Suite 400<br>Wellesley, MA 02482<br>(781) 263-0202 |

Dated: August 2, 2006