UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARNIE J. AMARAL D/B/A<br>M & E MOBIL<br><br>      Plaintiff<br><br>      v.<br><br>DRAKE PETROLEUM COMPANY, INC.<br><br>      Defendant. | )<br>)<br>)<br>)<br>)    C.A. NO.: 05-11778DPW<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. Civ. P. Rule 41(a)(1)(ii), the parties hereby stipulate to dismiss this action with prejudice and without costs.

Plaintiff,  
Marnie J. Amaral,  
By her attorneys,

Petitioner/Defendant,  
Drake Petroleum Company, Inc.  
By its Attorney,

/s/ Lindsey Marie Straus  
Lindsey Marie Straus ( BBO #554181)  
Law Office of Lindsey M. Straus  
114 Harwich Road  
Brewster, MA 02631  
(508) 896-8008

/s/ Brian A. O'Connell  
Brian A. O'Connell (BBO# 551182)  
ZIZIK, POWERS, O'CONNELL  
SPAULDING & LAMONTAGNE, P.C.  
690 Canton Street, Suite 306  
Westwood, MA 02090  
(781) 320-5402

1

2

## CERTIFICATE OF SERVICE

    I, Brian A. O'Connell, hereby certify that on this 22nd day of DECEMBER, 2006, I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the notice of Notice of Electronic Filing (NEF).

                                    /s/ Brian A. O'Connell  
                                    Brian A. O'Connell